ACCEPTED
03-13-00459-CR
6371854
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 3:26:19 PM
JEFFREY D. KYLE
CLERK

# TRACY D. CLUCK

ATTORNEY AT LAW

Post Office Box 855
Dripping Springs, Texas 78620

Telephone (512) 264-9997

Toll Free (866) 380-9997

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/5/2015 3:26:19 PM

JEFFREY D. KYLE
Clerk

August 5, 2015

Third Court of Appeals
P. O. Box 12547
Austin, TX  78711

Re:     *Alexander Dolan Davis v. The State of Texas*; No. 03-13-00459-CR;
        In The Third Court of Appeals—Austin

To The Honorable Court,

This letter supplements my letter of August 3, 2015 certifying compliance with Rule 48 in the above referenced case.

Attached hereto you will find a copy of the certified letter I sent to Appellant, which has been returned to me marked "Refused." Please note that the return receipt was signed (by someone other than my client), detached from the envelope and then taped back to the envelope with the word "Refused" written on both the return receipt and the envelope. It does not appear that the envelope was opened.

Please let me know if the court requires anything further from me in this regard or if the court would like me to take any further action to notify my client of the judgment in this case.

Respectfully submitted,

Tracy D. Cluck
Attorney for Appellant
Alexander Dolan Davis

Enclosure



U.S. POSTAGE
PAID
DRIPPING SPRING,T
78620
JUL 20, 15
AMOUNT
**$7.89**
0010495-05

78017
1000

UNITED STATES
POSTAL SERVICE.



7012 1010 0000 6556 3623

The Law Office
**of Tracy D. Cluck**
P.O. Box 855
Dripping Springs, TX 78620

**RETURN RECEIPT
REQUESTED**

NU 4/17 8-5-11

**Attorney Mail**
Privileged & Confidential

Alexander Dolan Davis, TDC #01867923
Dolph Briscoe Unit—TDCJ-ID
1459 West Hwy. 85
Dilley, TX 78017

MOVED, LEFT NO ADDRESS
FORWARD ORDER EXP
ATTEMPTED NOT KNOWN
UNCLAIMED REFUSED
NO SUCH STREET NU

...cy D. Cluck
...5
78620

RETURN RECEIPT

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALEXANDER DOLAN DAVIS
TDCJ# 01867923
DOLPH BRISCOE UNIT-TDCJ
1459 W. Hwy 85
DILLEY, TX 78017

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7012 1010 0000 6556 3623

PS Form 3811, July 2013     Domestic Return Receipt